**O'TOOLE, SCRIVO, FERNANDEZ, WEINER, VAN LIEU, LLC**
14 Village Park Road
Cedar Grove, New Jersey
(973) 239-5700
*Attorneys for Defendant, Peter Seideman Attorney LLC*
*(improperly plead as "Peter Seideman d/b/a Law Office of Peter Seideman")*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
EVAN DeWAN,

       Plaintiff,

v.

PETER SEIDEMAN ATTORNEY LLC
(improperly plead as "PETER SEIDEMAN
d/b/a LAW OFFICE OF PETER
SEIDEMAN"),

       Defendant.
-------------------------------------------------------x

Civil Action No. 1:17-CV-01315-ER

**NOTICE OF APPEARANCE OF COUNSEL**

    Notice is hereby given that I am admitted to practice before this Court, and that I appear in this case as co-counsel for defendant, Peter Seideman Attorney LLC (improperly plead as "Peter Seideman d/b/a Law Office of Peter Seideman").

Dated: Cedar Grove, New Jersey
       July 18, 2017

                         /s/ Robert W. Gifford_____
                         Robert W. Gifford, Esq.
                         O'TOOLE, SCRIVO, FERNANDEZ, WEINER, VAN LIEU, LLC
                         Attorney for Defendant, Peter Seideman Attorney
                         LLC (improperly plead as "Peter Seideman d/b/a
                         Law Office of Peter Seideman")
                         14 Village Park Road
                         Cedar Grove, New Jersey 07009
                         (973) 239-5700
                         rgifford@oslaw.com