

**DAVID M. CHAISE**
dchaise@oslaw.com

September 27, 2018

**VIA ELECTRONIC FILING**
Honorable Katharine H. Parker, U.S.M.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **Evan DeWan v. Peter Seideman Attorney LLC (improperly plead as "Peter Seideman d/b/a Law Office of Peter Seideman")**
             **Civil Action No. 1:17-cv-01315-ER-KHP**
             **Our File No.  590-374**

Dear Judge Parker:

    This firm represents Defendant, Peter Seideman Attorney LLC (improperly plead as "Peter Seideman d/b/a Law Office of Peter Seideman") ("Defendant").  Pursuant to the Order Scheduling Case Management Conference dated August 23, 2018, the parties are scheduled to appear for a case management conference on Tuesday, October 1, 2018 at 9:25 a.m.  Upon consent of our adversary and pursuant to Your Honor's Individual Practices in Civil Cases, Rule I(f), we respectfully request an adjournment of the conference, and propose October 4, October 10, or October 12, 2018 as alternative dates.

    We thank Your Honor for the Court's attention to this matter.

                      Respectfully Submitted,

                        /s/ David M. Chaise
                        David M. Chaise

VIA ECF
cc:    Brian L. Bromberg, Esq.
       Bromberg Law Office, P.C.
       26 Broadway, 21st Floor
       New York, New York 10004

       Honorable Edgardo Ramos, U.S.D.J.
       Southern District of New York
       Thurgood Marshall United States Courthouse
       40 Foley Square
       New York, New York 10007