UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVAN DEWAN,

                      Plaintiff,

v.                                  No. 17-CV-1315 (ER)(KHP)

PETER SEIDEMAN d/b/a
LAW OFFICE OF PETER SEIDEMAN,

                      Defendant.

---

### *Stipulation and Order*

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of the above-captioned action.

Dated: January 29, 2019

Plaintiff Evan DeWan

By: _____
Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
Tel: (212) 248-7906

Dated: January 29, 2019

Defendant Peter Seideman d/b/a
Law Office of Peter Seideman

By: _____
David M. Chaise
O'Toole, Scrivo, Fernandez,
Weiner, Van Lieu, LLC
14 Village Park Road
Cedar Grove, NY 07009
Tel: (973) 239-5700

SO ORDERED:

_____
Hon. Edgardo Ramos, U.S.D.J.